IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JEFFERY MARTENSEN, | ) | |
| Plaintiff, | ) | Case No. 17 C 1494 |
| | ) | |
| v. | ) | |
| | ) | |
| CHICAGO STOCK EXCHANGE, | ) | |
| | ) | The Honorable Judge Shadur |
| Defendant. | ) | |
| | ) | |
| | ) | |

## MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF PURSUANT TO LOCAL RULE 83.17

NOW COMES counsel for Plaintiff, JEFFREY MARTENSEN, Richard J. Gonzalez and Jaz Park of the Law Offices of IIT Chicago-Kent College of Law, and pursuant to Rule 83.17 of the Rules of the United States District Court for the Northern District of Illinois, hereby move this Honorable Court for leave to withdraw as counsel for Plaintiff.

In support of this motion, counsel for Plaintiff state as follows:

This action alleging a wrongful termination of employment in violation of the *Dodd-Frank Act*, 15 U.S.C. Section 78u-6 et. al, that was dismissed by this Court following Defendant's Motion to Dismiss for Failure to State a Claim.

During the course of preparation of the Complaint, during settlement discussions, and subsequent to this Court's dismissal Order, counsel for Plaintiff have discovered and determined that continued representation of Plaintiff is impracticable and that withdrawal is appropriate at least pursuant to Rule 1.16 (b) (4) (persisting in a course of action with which a lawyer reasonably believes is inappropriate and with which counsel has a fundamental disagreement and

which violates Section 3.3(a)(1) (duty of candor) and 3.3 (a) and (d) (duty of fairness to opposing counsel).

In particular, fundamental disagreements arose between counsel and Plaintiff with respect to a variety of issues including the allegations made within the Complaint, the propriety of seeking to vacate this Court's Order and seek to file an Amended Complaint, and the appropriate means, if desired by Plaintiff, of challenging this Court's Order.

In further support of this motion, counsel attach an Affidavit hereto.

Counsel allege that no prejudice would result from allowing it to withdraw at this juncture. Further Plaintiff has filed an Appearance on his own behalf in conjunction with his July 3, 2017 Motion seeking a vacating of this Court's Order.

WHEREFORE, counsel for Plaintiff seek an Order granting them leave to withdraw as counsel for Plaintiff instanter and entering an extension of the discovery deadline in order to enable Plaintiff to seek other counsel.

Respectfully submitted,

ATTORNEYS FOR PLAINTIFF

By: _____
Richard J. Gonzalez

_____
Jaz Park

RICHARD J. GONZALEZ
Attorney for Plaintiff
LAW OFFICES CHICAGO-KENT COLLEGE OF LAW
565 W. Adams Street, Suite 600
Chicago, Illinois 60661-3691
Tel.: (312) 906-5079
Fax: (312) 906-5299
rgonzale@kentlaw.iit.edu


JAZ PARK
Attorney for Plaintiff
LAW OFFICES CHICAGO-KENT COLLEGE OF LAW
565 W. Adams Street, Suite 600
Chicago, Illinois 60661-3691
Tel.: (872) 588-0440
Fax: (312) 906-5299
jaz.park@kentlaw.edu

## CERTIFICATE OF SERVICE

The undersigned, a non-attorney, states that she caused a copy of the foregoing **MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF PURSUANT TO LOCAL RULE 83.17** to be served upon the party listed below by placing a copy of same, in the U.S. Mail chute located at 565 West Adams Street, Chicago, Illinois 60661 on July 5, 2017 at or before 5:00 p.m.:

Darin Matthew Williams
Laner Muchin Dombrow Becker Levin & Tominberg, Ltd.
515 North State Street, Suite 2800
Chicago, Illinois 60654
dwilliams@lanermuchin.com

_____
Eileen Casey