IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JEFFREY MARTENSEN, | ) | |
|     Plaintiff, | ) | Case No. 17 C 1494 |
| | ) | |
| v. | ) | |
| | ) | |
| CHICAGO STOCK EXCHANGE, | ) | |
| | ) | The Honorable Judge Shadur |
|     Defendant. | ) | |
| | ) | |
| | ) | |

## AFFIDAVIT IN SUPPORT OF MOTION OF COUNSEL FOR PLAINTIFF TO WITHDRAW AS COUNSEL FOR PLAINTIFF.

Affiants, Richard J. Gonzalez and Jaz Park, being first duly sworn, depose and state as follows:

1. We are attorneys employed by the in-house legal clinic of Chicago-Kent College of Law.

2. We have substantial experience in the representation of plaintiffs in wrongful termination matters, and with the process of gathering relevant facts, preparing Complaints, and participating in the pre-trial discovery process and trial process, as well as with the rules and standards applicable thereto.

3. We filed a Complaint on behalf of Plaintiff alleging wrongful termination of employment in violation of the *Dodd-Frank Act*, 15 U.S.C. Section 78u-6 et. al.

4. In the course of preparation of that Complaint, disagreements arose between Plaintiff and counsel as to the allegations to be made therein.

5. Defendant, in lieu of an Answer, filed its Motion to Dismiss For Failure to State a Claim. This Court entered an Order granting that motion.

6. Since entry of that Order, disagreements between Plaintiff and counsel have intensified as to the appropriate steps to be taken, if any, challenge or seek reversal of that ruling.

7. Subsequent to those disagreements, Plaintiff filed an Appearance on his own behalf and on July 3, 2017, filed a motion seeking a vacating of this Court's Order, without the approval of counsel.

8. In the course of the this litigation, we have determined that continued representation of Plaintiff is impracticable and that withdrawal of representation is warranted under 1.16 of the Illinois Rules of Professional Responsibility in that continued representation would likely cause a violation Rules 3.3 (a) (1) (duty of candor toward the Tribunal) and Rule 3.3 (a) and (d) (duty of fairness to the opposing party or counsel).

9. Counsel believe that withdrawal at this juncture would impose no prejudice upon Plaintiff.

FURTHER, AFFIANTS SAYETH NOT.

_____
Richard J. Gonzalez

_____
Jaz Park

Subscribed and Sworn before me this 5th day of July 2017.

_____
NOTARY PUBLIC

EILEEN CASEY
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
March 05, 2018

RICHARD J. GONZALEZ
Attorney for Plaintiff
LAW OFFICES CHICAGO-KENT COLLEGE OF LAW
565 W. Adams Street, Suite 600
Chicago, Illinois 60661-3691
Tel.: (312) 906-5079
Fax: (312) 906-5299
rgonzale@kentlaw.iit.edu


JAZ PARK
Attorney for Plaintiff
LAW OFFICES CHICAGO-KENT COLLEGE OF LAW
565 W. Adams Street, Suite 600
Chicago, Illinois 60661-3691
Tel.: (872) 588-0440
Fax: (312) 906-5299
jaz.park@kentlaw.edu

3