IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **JEFFREY MARTENSEN**, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 17 C 1494 |
| | ) |
| **CHICAGO STOCK EXCHANGE**, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM ORDER

On July 11, 2017 this Court issued its memorandum order dealing with the effort by Jeffrey Martensen ("Martensen") to revisit this Court's dismissal of his Complaint and this action. Meanwhile his counsel has filed a motion to withdraw from his representation pursuant to this District Court's LR 83.17. This Court grants that motion, for it consistently views such motions (whether initiated by a lawyer or by a dissatisfied client) as the equivalent of no-fault divorce, for in either event it would be inappropriate to compel the two to be linked together. Accordingly Martensen must proceed pro se unless he promptly retains replacement counsel.

_____
Milton I. Shadur
Senior United States District Judge

Date: July 17, 2017